# **INDEX OF EXHIBITS**

| | |
|---|---|
| **A** | **Federal Court Docket, Case No. 2:20-cv-12221-GCS-APP, and Wayne County Circuit Court Docket, Case No. 20-009105-CB** |
| **B** | **September State Court Action Summons & Complaint** |
| **C** | **Rule 11 Motion** |
| **D** | **Motion to Transfer Venue** |
| **E** | **July State Court Action Complaint** |
| **F** | **UPS Address Information** |
| **G** | **US Western District Mich. Action Complaint** |
| **H** | **Property Tax Information** |
| **I** | **Mortgage & Note** |
| **J** | **Public Records Search** |
| **K** | **Avalon Website Excerpt** |